FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 26 2007

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK, ARKANSAS

JEANETTE JACKSON                 PLAINTIFF

VS.            CASE NO. 4.07·CV0000276 GTE

UNITED PARCEL SERVICE, INC.              DEFENDANT

This case assigned to District Judge Eisele
**COMPLAINT** and to Magistrate Judge Ray

Comes the Plaintiff, Jeanette Jackson, by and through her attorney, Sheila F. Campbell, and for her Complaint, states:

**PARTIES**

1. Plaintiff is a resident of Little Rock, Arkansas and was so at the time that is cause of action arose.

2. Defendant United Parcel Services is a corporation duly organized and doing business in the State of Arkansas and the United States of America.

**NATURE OF PROCEEDINGS**

3. Plaintiff seeks legal and equitable relief for the denial of certain rights secured by the Civil Rights Act of 1964, codified as 42 U.S.C. §§ 2000e to 2000e-17. Such relief is authorized by 42 U.S.C. § 2000e-5(g) for discrimination based on race, sex and retaliation for engaging in protected activity. Jurisdiction is further invoked pursuant to 42 U.S.C. § 2000e and 42 U.S.C.§ 1981.

**FACTUAL ALLEGATIONS**

4. Plaintiff is a black female, and a citizen of the United States, age 50.

5. Plaintiff was employed by the Defendant in March of 1985 and at the time of filing of this complaint and continues to be employed by the Defendant. During the course of her employment with the defendant, the Plaintiff at all times was qualified and competent to perform the duties assigned and applied for; or, that she was otherwise interested in pursuing. During the course of her employment, the plaintiff applied for or was otherwise qualified for promotion. Other persons less qualified have systematically been selected and chosen for positions either through promotions or assignments at times when the plaintiff was the best qualified for the position(s). These persons were either less senior than the plaintiff, younger than the plaintiff or persons outside of the Plaintiff's protected class that were less qualified.

6. Plaintiff filed a discrimination lawsuit against the Defendant alleging that she was discriminated on the basis of her race, gender and age in the United States District Court, Eastern District of Arkansas in case number 4:05-CV-000877 SWW.

7. Subsequent to filing a lawsuit alleging discrimination for failure to promote her because of her race, gender and age, Plaintiff bid on a position under the collective bargain agreement to drive a feeder truck.

8. Plaintiff had a minor accident after assuming the position as feeder truck driver and was return to her job as an air shuttle driver on June 9, 2006 at lesser pay.

9. That drivers who were male and of a race outside of her protected class who had similar accidents during their probationary period as feeder drivers had been returned to their position without the necessity of filing grievances and without necessity of the union engaging in arbitration.

10. The Plaintiff was most recently discriminated against when she was advised

by a representative of Defendant's management that she would not be returned to her bid position as a feeder driver without arbitration because she had filed a charge of discrimination and had filed an employment discrimination lawsuit. The Plaintiff asserts that she has been retaliated against because she engaged in protected activity and denied job opportunities on the basis of her sex, age and race and retaliation.

11. Plaintiff alleges that the acts of discrimination have been continuing since she began her employment and as such the actions of the Defendant should not be barred by otherwise applicable statues barring relief for such continuing acts. Further, the policies and practices of the defendant are otherwise calculated to permit arbitrary and capricious employment practices, which prevent upward mobility among minorities and particularly the Plaintiff.

12. At all times herein, the Plaintiff has been qualified to perform the jobs for which she applied or to which other persons have been selected. She is a member of a protected class in that she is a black qualified female and over 40 years of age.

13. Plaintiff filed a charge of discrimination on the basis of race and retaliation on 6-16-06. On December 27, 2006, the plaintiff received a "Right to Sue Letter" from the Equal Employment Opportunity Commission. And has filed this complaint within the ninety day period required by 42 U.S.C. § 2000e-5. A copy of the "Right To Sue Letter" is attached hereto as Exhibit "1".

### RELIEF REQUESTED

Plaintiff requests the following relief:

1. That this Court grant such relief as may be appropriate, including injunctive

order, damages, including, back pay, front pay, other employment benefits; loss wages; emotional distress suffered, anxiety, humiliation; as a result of the discriminatory acts and retaliation by the Defendant; costs and attorney's fees all in an amount that exceeds federal court jurisdiction.

2. That this Court grant any and all other proper relief to which the Plaintiff may be entitled.

3. That Plaintiff demands a jury trial.

Respectfully submitted,

Sheila F. Campbell
Attorney at Law
P.O. Box 34007
Little Rock, AR 72203
(501) 374-0700

Sheila F. Campbell
Ark. Bar #83-239

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Jeannette Jackson<br>9122 Tall Timber Blvd<br>Little Rock, AR 72204 | From: | Little Rock Area Office - 493<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2006-01894 | Natascha DeGuire,<br>Investigator | (501) 324-6212 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_Wanda Milton /AMD_    DEC 27 2006

Enclosures(s)    Wanda C. Milton,    *(Date Mailed)*
Area Office Director

cc: Waller, Lansden, Dortch & Davis LLP    Sheila Campbell, PA
Brian Lappse    Attorney at Law
Nashville City Center    P.O. Box 34007
511 Union Street, Suite 2700    Little Rock, AR 72203
Nashville, TN 37219-8966

Exhibit "1"

# INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you receive this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit before 7/1/02 – *not* 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, please make your review request **within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*