UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JEANETTE JACKSON**                                                                                          **PLAINTIFF**

v.                                              **CASE NO. 4:07-CV-00276 GTE**

**UNITED PARCEL SERVICE, INC.**                                                              **DEFENDANT**

## JUDGMENT

Upon the basis of the Order of this date granting Defendant's Motion for Summary Judgment, Plaintiff's Complaint must be dismissed with prejudice against Defendant.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Defendant United Parcel Service, Inc., and against Plaintiff Jeanette Jackson.

IT IS FURTHER ORDERED that the Complaint be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED this 28th day of January, 2008.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE